AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  Southern  | District of | New York |

Younas Haji

V.

The United States of America, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 02230

TO: (Name and address of Defendant)

United States of America

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene B Nathanson
Attorney for Plaintiff
30 Vesey Street, 4th Floor
New York, NY 10007-2914

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                MAR 0 6 2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 3/6/2008 |
| NAME OF SERVER (PRINT)<br>Eugene B Nathanson | TITLE<br>Attorney | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
certified mail to United States Attorney, Civil Division, Att: civil process clerk, 86 Chambers St, NYC, NY 10007; certified mail to Attorney General, 950 Penn Ave, NW, Wash. D.C. 20530-0001

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/7/2008___   _____[signature]_____
              Date              Signature of Server

30 Vesey Street, New York, NY 10007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.