AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                   District of                    New York

Younas Haji

**SUMMONS IN A CIVIL ACTION**

V.

The United States of America, Drug Enforcement Administration, et al.

CASE NUMBER:

TO: (Name and address of Defendant)

City of New York

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene B Nathanson
Attorney for Plaintiff
30 Vesey Street, 4th Floor
New York, NY 10007-2914

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                           MAR 0 6 2008

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/6/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eugene B Nathanson | Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
    100 Church Street, New York, NY 10007 4th Floor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/7/2008      *[signature]*
                Date               Signature of Server

               30 Vesey Street, New York, NY 10007
                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.