**MEMO ENDORSED**





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

April 30, 2008



RECEIVED MAY 1 2008 CHAMBERS OF ... ESA

**VIA HAND DELIVERY**
Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

> Re: <u>Haji v. United States, et al.</u>
> 08 Civ. 2230 (TPG)

Dear Judge Griesa:

    I write on behalf of Special Agents Robert Barrett, Kate Barnard, and Paul Buchanan, and the United States of America, Defendants in the above-referenced action, to request until June 13, 2008, to answer, move or otherwise respond to the complaint. Our office was served with the complaint on March 7, 2008, and all three Special Agents signed waivers of service which were sent on March 20, 2008, or April 4, 2008. Accordingly, the United States's response is due May 5, 2008, and the responses of the Special Agents are due either May 19, 2008, or June 3, 2008.

    The aforementioned Special Agents have been sued in their individual capacities. All three Special Agents are with the Drug Enforcement Agency ("DEA"). At this time, all three Special Agents are in the process of preparing their requests for representation with the Department of Justice ("DOJ").

    Accordingly, this Office is not authorized to represent the DEA Special Agents, but is appearing on their behalf for the limited purpose of seeking an extension of time to respond to the complaint. The Government respectfully requests this extension in order to afford the DEA Special Agents time to submit their respective requests to DOJ and allow DOJ time to make a determination. The requested extension will also enable this Office to submit a consolidated response on behalf of all Defendants that it represents.

    This is the Government's first request for an extension. Counsel for Plaintiff consents to the request. Additionally, counsel for the City of New York also consents to the adjournment.

*Approved.*
*Thomas P. Griesa*
*USDJ  5/5/08*

I thank the Court for its consideration of this request.

                                              Respectfully,

                                              MICHAEL J. GARCIA
                                              United States Attorney
                                              Southern District of New York

                              By:    _____
                                              CAROLINA A. FORNOS
                                              Assistant United States Attorney
                                              Telephone: (212) 637-2740
                                              Facsimile: (212) 637-2702

**Via Facsimile and First Class Mail**
cc:    Eugene B. Nathanson, Esq.
        30 Vesey Street, 4th Floor
        New York, NY 10007
        *Attorney for Plaintiff*
        Tel: 212.608.6771
        Fax: 212.500.2729

        Susan P. Scharfstein, Esq.
        City of New York
        Law Department
        100 Church Street
        New York, NY 10007
        *Counsel for the City of New York*
        Tel: 212.227.4071
        Fax: 212.788.9776