

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

June 13, 2008

**VIA HAND DELIVERY**
Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007



RECEIVED
JUN 16 2008
CHAMBERS OF
JUDGE GRIESA

    Re:    Haji v. United States, et al.
           08 Civ. 2230 (TPG)

Dear Judge Griesa:

    I write on behalf of Special Agents Robert Barrett, Kate Barnard, and Paul Buchanan, and the United States of America, Defendants in the above-referenced action, to request a one-week extension, until June 20, 2008, to answer, move or otherwise respond to the complaint. The extension will enable our office to confer with the parties involved so as to submit a consolidated response on behalf of all Defendants that it represents, as the Department of Justice has approved the representation of Special Agents Barrett, Barnard, and Buchanan.

    This is the second request for an extension. Plaintiff consents to this request.

                                  Respectfully,

                                  MICHAEL J. GARCIA
                                  United States Attorney
                                  Southern District of New York

        By:    _____
                                  CAROLINA A. FORNOS
                                  Assistant United States Attorney
                                  Telephone: (212) 637-2740
                                  Facsimile: (212) 637-2702

**Via Facsimile**
cc:    Eugene B. Nathanson, Esq.
        30 Vesey Street, 4th Floor
        New York, NY 10007
        *Attorney for Plaintiff*
        Tel: 212.608.6771; Fax: 212.500.2729

        Susan P. Scharfstein, Esq.
        City of New York, Law Department
        100 Church Street
        New York, NY 10007
        *Counsel for the City of New York*
        Tel: 212.227.4071; Fax: 212.788.9776

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.
6/18/08