MICHAEL J. GARCIA
United States Attorney
Southern District of New York
By: CAROLINA A. FORNOS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2740
Facsimile: (212) 637-2702
Email: Carolina.Fornos@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUNAS HAJI,

    Plaintiff,

    v.

THE UNITED STATES OF AMERICA,
THE CITY OF NEW YORK, DRUG
ENFORCEMENT AGENCY SPECIAL
AGENTS ROBERT BARRETT, KATE
BARNARD, PAUL BUCHANAN, AND
UNKNOWN EMPLOYEES OF THE
UNITED STATES, NEW YORK STATE,
AND NEW YORK CITY,

    Defendants.

ECF Case

No. 08 Civ. 2230 (TPG)(JCF)

**NOTICE OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

    PLEASE TAKE NOTICE that, upon the accompanying Declarations of Drug Enforcement Administration Special Agent Robert Barrett, dated July 30, 2008, Special Agents Kate Barnard and Paul Buchanan, both dated July 31, 2008, and Assistant United States Attorney Carolina A. Fornos, dated July 31, 2008, and exhibits attached thereto, as well as the accompanying Memorandum of Law in Support of Defendants the United States of America, and Drug Enforcement Administration Special Agents Robert Barrett, Kate Barnard, and Paul Buchanan's (the "Federal Defendants") Motion to Dismiss or, in the alternative, for Summary

Judgment, and the Federal Defendants' Local Rule 56.1 Statement of Undisputed Facts, the Federal Defendants, by their attorney, MICHAEL J. GARCIA, United States Attorney for the Southern District of New York, hereby move this Court to dismiss the above-captioned Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), or in the alternative, grant summary judgment in favor of the Federal Defendants in accordance with Federal Rule of Civil Procedure 56.

Date: July 31, 2008
New York, New York

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
CAROLINA A. FORNOS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2740
Fax: (212) 637-2702
Email: Carolina.Fornos@usdoj.gov

TO:
Eugene B. Nathanson, Esq.
30 Vesey Street, 4th Floor
New York, NY 10007
*Attorney for Plaintiff*
Tel: 212.608.6771
Fax: 212.500.2729

Susan P. Scharfstein, Esq.
City of New York
Law Department
100 Church Street
New York, NY 10007
*Counsel for the City of New York*
Tel: 212.227.4071
Fax: 212.788.9776