UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUNAS HAJI,

      Plaintiff,

      v.

THE UNITED STATES OF AMERICA, THE CITY OF NEW YORK, DRUG ENFORCEMENT AGENCY SPECIAL AGENTS ROBERT BARRETT, KATE BARNARD, PAUL BUCHANAN, AND UNKNOWN EMPLOYEES OF THE UNITED STATES, NEW YORK STATE, AND NEW YORK CITY,

      Defendants.

ECF Case

No. 08 Civ. 2230 (TPG)(JCF)

**DECLARATION OF DRUG ENFORCEMENT ADMINISTRATION SPECIAL AGENT <u>KATHERINE BARNARD</u>**

Katherine Barnard, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1. I am a Special Agent with the United States Drug Enforcement Administration ("DEA"), in Portland, Maine, where I have been employed for approximately eight years.

2. On or about July 24, 2006, a member of the New York Organized Crime Drug Enforcement Strike Force ("Strike Force"), a group within the DEA, contacted me and requested that I execute an arrest warrant for Mr. Younas Haji.

3. I subsequently received the arrest warrant by mail, along with a photograph of Mr. Haji. A true and correct copy of the arrest warrant is attached hereto as Exhibit A.

4. On Wednesday, July 26, 2006, I, along with my colleague, Special Agent Paul Buchanan, executed the warrant and arrested Mr. Haji.

5. On Thursday, July 27, 2006, I attended an identity hearing in Portland, Maine, to determine whether Younas Haji was the same individual named in the arrest warrant. Magistrate Judge David Cohen, United States District Court for the District of Maine, in Portland, Maine, found that Mr. Haji was the same individual named in the arrest warrant.

6. On Tuesday, August 1, 2006, I attended a detention hearing in Portland, Maine, where Mr. Haji appeared. Mr. Haji was released on an unsecured bond with conditions, and he was directed to appear in the Southern District of New York.

7. After the detention hearing on August 1, 2006, I had no further contact with Mr. Haji.

8. At no time during the course of my arrest of Mr. Haji, did I have reason to believe that the DEA had identified the wrong person. To the contrary, I was issued a valid arrest warrant, and member of the Strike Force requested that I execute the warrant. I had no reason to believe that there were any deficiencies with the arrest warrant, or that the warrant lacked probable cause.

9. I acted reasonably and believed in good faith that my actions were lawful during the events leading up to Mr. Haji's arrest.

Dated:   July 31, 2008
         Portland, Maine

                                                  /s/ Katherine Barnard
                                                  KATHERINE BARNARD

2

# EXHIBIT A

CR 12 (Rev. 5/03)

## WARRANT FOR ARREST

**United States District Court**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

YOUNAS HAJI

DOCKET NO. 0 6·····  06
MAGISTRATE'S CASE NO. 00

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

YOUNAS HAJI

WARRANT ISSUED ON THE BASIS OF:    ☐ Order of Court
X Indictment    ☐ Information    ☐ Complaint

DISTRICT OF ARREST

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to distribute khat; conspiracy to import khat

| IN VIOLATION OF | UNITED STATES CODE TITLE 21 | SECTION 846; 963 |
|---|---|---|

BAIL | OTHER CONDITIONS OF RELEASE

ORDERED BY: THEODORE H. KATZ

SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE): S/ Theodore H. Katz

DATE ORDERED: JUL 19 ···

CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED

### RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED: 7-24-06
DATE EXECUTED: 7-26-06

NAME AND TITLE OF ARRESTING OFFICER: SA Kate Barnard

SIGNATURE OF ARRESTING OFFICER: Kate Barnard

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.