UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNAS HAJI,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE UNITED STATES OF AMERICA, THE CITY OF NEW YORK, DRUG ENFORCEMENT AGENCY SPECIAL AGENTS ROBERT BARRETT, KATE BARNARD, PAUL BUCHANAN, AND UNKNOWN EMPLOYEES OF THE UNITED STATES, NEW YORK STATE, AND NEW YORK CITY,<br><br>　　　　　Defendants. | ECF Case<br><br>No. 08 Civ. 2230 (TPG)(JCF)<br><br>**DECLARATION OF DRUG ENFORCEMENT ADMINISTRATION SPECIAL AGENT <u>PAUL BUCHANAN</u>** |

Paul Buchanan, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1. I am a Special Agent with the United States Drug Enforcement Administration ("DEA"), in Portland, Maine, where I have been employed for approximately nine years.

2. On or about July 26, 2006, Special Agent Katherine Barnard, a colleague, requested that I assist her with executing an arrest warrant for Younas Haji, issued out of the Southern District of New York. Special Agent Barnard and I proceeded to arrest Mr. Haji in Portland, Maine, on July 26, 2006.

3. At no time during the course of my arrest of Mr. Haji, did I have reason to believe that the DEA had identified the wrong person. To the contrary, I executed what I believed to be a valid arrest warrant. I had no reason to believe that there were any deficiencies with the arrest warrant, or that the warrant lacked probable cause.

4. I acted reasonably and believed in good faith that my actions were lawful during the events leading up to Mr. Haji's arrest.

Dated:   July 31, 2008
         Portland, Maine

                                                    _____
                                                    PAUL BUCHANAN