LB

GRIESA/T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

YOUNAS HAJI,

                              Plaintiff,

                -against-

THE UNITED STATES OF AMERICA, THE CITY
OF NEW YORK, DRUG ENFORCEMENT
AGENCY SPECIAL AGENTS ROBERT
BARRETT, KATE BARNARD, PAUL
BUCHANAN, AND UNKNOWN EMPLOYEES
OF THE UNITED STATES, NEW YORK STATE,
AND NEW YORK CITY.

                              Defendants.

-----------------------------------------------------------------x

**STIPULATION AND
ORDER OF
VOLUNTARY
DISMISSAL OF ALL
CLAIMS AGAINST
DEFENDANT CITY OF
NEW YORK**

08 CV 2230 (TPG)

         **WHEREAS**, plaintiffs commenced this action by filing a complaint on or about

March 6, 2008, in the United States District Court for the Southern District of New York; and

         **WHEREAS**, Younas Haji is the plaintiff in this action; and

         **WHEREAS**, the City of New York is named as a defendant in this action; and

         **WHEREAS**, defendant City of New York has denied any and all liability arising

out of plaintiff's allegations and any and all involvement by the City or its past or present

officials, employees, representatives, or agents in the underlying events alleged in the complaint,

and

         **WHEREAS**, plaintiff wishes to withdraw and discontinue his claims against

defendant City of New York in this action;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the attorneys for plaintiff, defendant City of New York, and defendants United

States of America and Drug Enforcement Administration Special Agents Robert Barrett, Kate

Barnard, and Paul Buchanan. as follows:

Any and all claims against defendant City of New York are hereby withdrawn and

discontinued without attorneys' fees, costs, or expenses to any party arising out of any claims

asserted against this defendant or related to the withdrawal of those claims pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:    New York, New York
          August 15, 2008

EUGENE B. NATHANSON, ESQ.
Attorney for Plaintiff
30 Vesey Street, 4th Floor
New York, NY 10007
(212) 608-6771


By: _____
       Eugene B. Nathanson (EN 1080 )


MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Federal Defendants
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2740


By: _____
       Carolina A. Fornos (CF        )

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
 Attorney for Defendant City of New York
100 Church Street
New York, NY 10007
(212) 227-4071


By: _____
       Susan P. Scharfstein (SS 2476)

2

SO ORDERED:

THOMAS P. GRIESA, U.S.D.J.

8/20/08